IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ISLAND INTELLECTUAL PROPERTY LLC, | : | |
| | : | Civil Action No.: 2:21-cv-273-JRG |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | **JURY TRIAL DEMANDED** |
| TD AMERITRADE, INC.; TD AMERITRADE CLEARING, INC.; TD AMERITRADE TRUST COMPANY; TD AMERITRADE HOLDING CORP.; and THE CHARLES SCHWAB CORPORATION, | : | |
| | : | |
| Defendants. | : | |

## JOINT MOTION TO CONTINUE PRETRIAL HEARING

Plaintiff Island Intellectual Property LLC ("Island" or "Plaintiff") and Defendants TD Ameritrade, Inc. ("TDA"), TD Ameritrade Clearing, Inc. ("TDAC"), TD Ameritrade Trust Company ("TDATC"), TD Ameritrade Holding Corp. ("TDHC"), and The Charles Schwab Corporation ("Schwab") (collectively, "Defendants") move for a continuance of the October 3, 2022 Pretrial Hearing set by the Court's September 22, 2022 notice.

On September 28, 2022 the Court issued a Report and Recommendation regarding Defendants' Motion For Summary Judgment Of Invalidity Under 35 U.S.C. § 101 (Dkt. 184) which would be case dispositive, if adopted by The Honorable Judge Gilstrap. Under Rule 72 of the Federal Rules of Civil Procedure, a party may serve and file specific written objections to the proposed findings and recommendations and a party may respond to another party's objections within 14 days after being served with a copy. The current deadline for parties to file objections

to the Report and Recommendation is October 12, 2022 and any responses to the objections are due on October 26, 2022. The Parties have met, conferred and agree to a continuance of the pretrial hearing until after The Honorable Judge Gilstrap rules on the Report and Recommendation.

  Accordingly, Parties respectfully request that the Court continue the Pretrial Hearing.

Dated: September 29, 2022         Respectfully submitted,

*/s/ Charles Everingham IV*
EMMET, MARVIN & MARTIN, LLP
John Dellaportas
NY Bar No. 2688976
Judith Swartz
NY Bar No. 5605100
Emmet, Marvin & Martin, LLP
120 Broadway
New York, NY 10271
Tel: 212-238-3000
Fax: 212-238-3100
jdellaportas@emmetmarvin.com
jswartz@emmetmarvin.com

*Of Counsel:*

T. John Ward, Jr.
Texas Bar No. 00794818
Claire Abernathy Henry
Texas Bar No. 24053063
Andrea L. Fair
Texas Bar No. 24078488
Charles Everingham IV
Texas Bar No. 00787447
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
Fax: (903) 757-2323
Email: jw@wsfirm.com
Email: claire@wsfirm.com
Email: andrea@wsfirm.com
Email: ce@wsfirm.com

*Attorneys for Plaintiff*
*Island Intellectual Property LLC*

*/s/ Melissa R. Smith*
Melissa R. Smith
Bar No. 24001351
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Janis E. Clements
Texas Bar No. 04365500
**GREENBERG TRAURIG, LLP**
300 West 6th Street
Suite 2050
Austin, TX 78701
Telephone: (512) 320-7232
Facsimile: (512) 320-7210
Email: clementsj@gtlaw.com

Scott J. Bornstein
bornsteins@gtlaw.com
Julie P. Bookbinder
bookbinderj@gtlaw.com
Richard C. Pettus
pettusr@gtlaw.com
Vimal M. Kapadia
kapadiav@gtlaw.com
Elana B. Araj
araje@gtlaw.com
Danielle M. Zapata
zapatad@gtlaw.com
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

Nicholas A. Brown
brownn@gtlaw.com
GREENBERG TRAURIG, LLP

101 Second St, Ste. 2200
San Francisco, CA 94105

Telephone: (415) 655-1300
Facsimile: (415) 707-2010

Stephen M. Ullmer
ullmers@gtlaw.com
GREENBERG TRAURIG, LLP
1144 15th St., Suite 3300
Denver, CO 80202
Telephone: (303) 572-6579
Facsimile: (303) 572-6540

*Attorneys for Defendants TD Ameritrade, Inc., TD Ameritrade Clearing, Inc., TD Ameritrade Trust Company, TD Ameritrade Holding Corp., and the Charles Schwab Corporation*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on September 29, 2022, he caused correct copies of the foregoing document to be served via email on all counsel of record pursuant to Local Rule CV-5(c).

*/s/ Melissa R. Smith*

**CERTIFICATE OF CONFERENCE**

The undersigned attorney hereby certifies that counsel for all parties have conferred and the relief sought herein is joint.

*/s/ Melissa R. Smith*